### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

JOHNNY LEABORN ELLIS, SR., and     PLAINTIFFS
DOROTHY ELLIS

v.     No. 2:05CV00293 JLH

DEPUTY KEITH VAUGHN, individually and
in his official capacity; DEPUTY TOMMY WRIGHT,
individually and in his official capacity; DEPUTY
RODNEY DAVIS, individually and in his official
capacity; and SHERIFF RONNIE BALDWIN,
individually and in his official capacity     DEFENDANTS

### ORDER

The defendants' motion to withdraw the motion to compel is GRANTED.  Document #32.

The motion to compel is denied as moot.  Document #29.

IT IS SO ORDERED this 28th day of November, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE