**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

JOHNNY LEABORN ELLIS, SR., and                                                       PLAINTIFFS
DOROTHY ELLIS

v.                                         No. 2:05CV00293 JLH

DEPUTY KEITH VAUGHN, individually and
in his official capacity; DEPUTY TOMMY WRIGHT,
individually and in his official capacity; DEPUTY
RODNEY DAVIS, individually and in his official
capacity; and SHERIFF RONNIE BALDWIN,
individually and in his official capacity                                              DEFENDANTS

## ORDER

    The defendants' motion to withdraw the motion to compel is GRANTED. Document #32.

The motion to compel is denied as moot. Document #29.

    IT IS SO ORDERED this 28th day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE