**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

| | |
|---|---|
| JOHNNY LEABORN ELLIS, SR., and<br>DOROTHY ELLIS | PLAINTIFFS |
| v.     No. 2:05CV00293 JLH | |
| DEPUTY KEITH VAUGHN, individually and<br>in his official capacity; DEPUTY TOMMY WRIGHT,<br>individually and in his official capacity; DEPUTY<br>RODNEY DAVIS, individually and in his official<br>capacity; and SHERIFF RONNIE BALDWIN,<br>individually and in his official capacity | DEFENDANTS |

**ORDER**

Without objection, defendant Sheriff Ronnie Baldwin's motion for extension of time, up to and including February 16, 2012, in which to file a status report and motion for summary judgment is GRANTED. Document #34.

IT IS SO ORDERED this 2nd day of February, 2012.

_/s/ J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE