**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

| | |
|---|---|
| JOHNNY LEABORN ELLIS, SR., and<br>DOROTHY ELLIS | PLAINTIFFS |
| v.          NO. 2:05CV00293 JLH | |
| DEPUTY KEITH VAUGHN, individually and<br>in his official capacity; DEPUTY TOMMY WRIGHT,<br>individually and in his official capacity; DEPUTY<br>RODNEY DAVIS, individually and in his official<br>capacity; and SHERIFF RONNIE BALDWIN,<br>individually and in his official capacity | DEFENDANTS |

### ORDER OF DISMISSAL

Having been informed that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 24th day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE