**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JOHNNY LEABORN ELLIS, SR., and                                                                PLAINTIFFS
DOROTHY ELLIS

v.                                  NO. 2:05CV00293 JLH

DEPUTY KEITH VAUGHN, individually and
in his official capacity; DEPUTY TOMMY WRIGHT,
individually and in his official capacity; DEPUTY
RODNEY DAVIS, individually and in his official
capacity; and SHERIFF RONNIE BALDWIN,
individually and in his official capacity                                                         DEFENDANTS

## ORDER OF DISMISSAL

Having been informed that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 24th day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE